PATRICIA L. McCABE, CSBN 156634
Law Offices of Patricia L. McCabe
4100 W Alameda Ave., 3RD Floor, Ste. 301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorney for Plaintiff,
JOAQUIN RANGEL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOAQUIN R.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO[1],<br>Commissioner of Social Security<br><br>Defendant. | Case No. 2:25-cv-01514-DTB<br><br>[~~proposed~~] ORDER FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (EAJA)<br><br>Judge: Hon. David T. Bristow |

Based upon the parties' Stipulation For An Award of Attorney Fees and Costs Pursuant To The Equal Access to Justice Act, 28 U.S.C. § 2412(d) (EAJA), IT IS ORDERED that attorney fees in the amount of $7,400.00, and costs in the amount of $0.00, be paid to Patricia L. McCabe, Counsel for Plaintiff, subject to the terms of the above-referenced Stipulation.

Date: August 25, 2026

David T. Bristow
United States Magistrate Judge

[1] Frank Bisignano became Acting Commissioner of Social Security on May 6, 2025. Pursuant to FRCP Rule 25(d), Frank Bisignano should be substituted as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).